**Order entered September 9, 2016**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-16-00162-CV

**NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3, Appellant**

**V.**

**JESSICA A. JOHNSON, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-02205**

## ORDER

We **GRANT** the court reporter's September 7, 2016 motion for an extension of time to file a supplemental reporter's record and extend the time to **MONDAY, SEPTEMBER 19, 2016**.

We **GRANT** appellant's September 7, 2016 unopposed motion for an extension of time to file a brief and extend the time to **OCTOBER 9, 2016**.

/s/ ELIZABETH LANG-MIERS
JUSTICE